1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Shon Morgan (Bar No. 187736)
2     shonmorgan@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
4  Facsimile:   (213) 443-3100

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kari Wohlschlegel (Bar No. 294807)
6     kariwohlschlegel@quinnemanuel.com
     Tina Lo (Bar No. 311184)
7     tinalo@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, CA 94111
   Telephone: (415) 875-6600
9  Facsimile: (415) 875-6700

10  Attorneys for Defendants

11

12                    UNITED STATES DISTRICT COURT

13        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

14

15  MICHAEL CHIECO,, et al,              CASE NO. No. 19-CV-00854-AG
                                          (ADSx)
16           Plaintiffs,
                                          **STIPULATION**
17       v.

18  KIA MOTORS AMERICA, INC., et
                                          The Hon. Josephine L. Staton
19  al.,
                                          Trial Date:  None Set
20           Defendants.

21

22

23

24

25

26

27

28

1  IT IS HEREBY STIPULATED AND AGREED as follows:

2      WHEREAS, Case Number 18-16215 MAS-DEA was filed in the District of

3  New Jersey on November 16, 2018; and

4      WHEREAS, there are similar actions entitled *In re: Hyundai and Kia Engine*

5  *Litigation*, 8:17cv-00838-JLS-JDE;  8:17-cv-01365-JLS-JDE 8:17-cv-02208-JLS-

6  JDE, 2:18-cv-05255-JLS-JDE, 8:18-cv-00622-JLS-JDE (collectively the "California

7  Actions") pending before the United States District Court Central District of

8  California, Southern Division; and

9      WHEREAS, this case was transferred to United States District Court Central

10  District of California, Southern Division, by a So Ordered Stipulation signed by

11  Judge Michael A. Shipp on May 3, 2019 for coordination or consolidation with the

12  "California Actions"; and

13      WHEREAS, the above-captioned case was deemed related to the California

14  Actions and assigned to the  Honorable Josephine L. Staton; and

15      WHEREAS, in Case Number 8:17-CV-00838-JLS-JDE, entitled *In re:*

16  *Hyundai and Kia Engine Litigation*, Judge Staton on May 6, 2020 granted

17  preliminary approval of a class action settlement that relates to certain Theta 2.0-

18  liter and 2.4-liter gasoline direct injection engines (the "GDI Engines") that are also

19  at issue in the above-captioned case and set a final fairness hearing for November

20  13, 2020, at 10:30 a.m..

21      NOW  THEREFORE IT IS STIPULATED AND AGREED as follows:

22      1.      Should a final order issue approving the class settlement in *In re:*

23  *Hyundai and Kia Engine Litigation,* 8:17cv-00838-JLS-JDE, named Plaintiffs and

24  other consumers who are members of the putative class in the above-captioned

25  action will be entitled to participate in the settlement to the extent they are also

26  members of the settlement class preliminarily approved on May 7, 2020 by the

27  Honorable Josephine L. Staton, (the "Order") ; and

28

1        2.        Plaintiffs' counsel in the above-captioned action may submit any

2   motion seeking attorneys' fees, costs, and service awards on the terms provided in

3   Judge Staton's preliminary approval order; and

4        3.        Plaintiffs' counsel shall withdraw its application to reopen the New

5   Jersey case within 5 days of the filing of this stipulation.

6

7   DATED:  May 27, 2020                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
8

9

10                                      By _____ /s/ Shon Morgan _____

11                                         Shon Morgan
                                           *Attorney for Defendants Hyundai Motor*
12                                         *America and Kia Motors America*

13

14  DATED:  May 27, 2020                LAW OFFICE OF SHMUEL KLEIN PA

15

16

17                                      By _____ /s/ Shmuel Klein _____

18                                         Shmuel Klein
                                           *Attorney for Plaintiffs*

19

20

21

22

23

24

25

26

27

28

Case No. 19-CV-00854-AG
STIPULATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF ATTESTATION

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By _____/s/ Shon Morgan_____

Shon Morgan

Case No. 19-CV-00854-AG
STIPULATION