QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
  Tina Lo (Bar No. 311184)
  Christine W. Chen (Bar No. 327581)
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants Hyundai Motor America and Kia Motors America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CHIECO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KIA MOTORS AMERICA INC., et al., <br><br> Defendants. | CASE NO. 8:19-cv-00854-JLS-JDE <br><br> RELATED CASE NO. 8:17-cv-00838 <br><br> **DECLARATION OF SHON MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** <br><br> Date: May 7, 2021 <br> Time: 10:30 AM <br> Crtrm.: 10A <br><br> The Hon. Josephine Staton <br><br> Trial Date:     None Set |

I, Shon Morgan, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Hyundai Motor America and Kia Motors America. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. The initial complaint in this action was filed in the United States District Court for the District of New Jersey on November 16, 2018. *See Chieco v. Kia Motors Am.*, No. 3:18-cv-16215 (D.N.J.), ECF No. 1. Before that time, I had already been engaged in settlement communications with plaintiffs' counsel from the consolidated action *In re: Hyundai and Kia Engine Litig.*, Case No. 17-cv-00838 (C.D. Cal.) [hereinafter *In re Hyundai/Kia*]. Those discussions culminated in a mediation session before the Honorable Ronald M. Sabraw (Ret.) of JAMS on December 21, 2018, where the parties settled in principle.

3. After the *Chieco* plaintiffs filed amended complaints in this action, the parties discussed a voluntary transfer and potential consolidation with *In re: Hyundai and Kia Engine Litig.*, Case No. 17-cv-00838 (C.D. Cal.). Dkt. No. 17. As part of these discussions, I informed plaintiffs that a settlement in principle was reached in *In re Hyundai/Kia* and provided the contact information for plaintiffs' interim lead counsel in that action. I never made any representations regarding the inclusion of plaintiffs' counsel in *Chieco* in that settlement agreement.

4. On June 4, 2019, an order issued relating this matter to *In re Hyundai/Kia* and transferring the action to this Court. After the cases were related, I did not receive any communications from plaintiffs' counsel until October 2019, when plaintiffs' counsel inquired about the settlement executed in *In re Hyundai/Kia*. I informed plaintiffs that consolidation requires the consent of all the parties in *In re Hyundai/Kia*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Executed April 16, 2021. | |
| 2 | DATED: April 16, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | | By   /s/ Shon Morgan |
| 6 | | Shon Morgan |
| 7 | | Attorney for Defendants Hyundai Motor America and Kia Motors America |

-3-   Case No. 8:19-cv-00854-JLS-JDE
DECLARATION OF SHON MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS