UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL CHIECO; et al., <br><br> Plaintiffs - Appellants, <br><br> BLEICHMAN & KLEIN, <br><br> Appellant, <br><br> v. <br><br> KIA MOTORS AMERICA, INC. and HYUNDAI MOTOR AMERICA, FKA Hyundai Motor Company, <br><br> Defendants - Appellees. | No. 21-55580 <br><br> D.C. No. 8:19-cv-00854-JLS-JDE <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |

The judgment of this Court, entered August 10, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7