UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-00854-JLS-JDE                                                           Date: May 04, 2022
Title:  Michael Chieco, et al. V. Kia Motors America Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  D. Rojas  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                          Not Present

**PROCEEDINGS:**  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE RELATED TO IN RE: HYUNDAI AND KIA ENGINE LITIGATION II, CASE NO. 8:18-cv-02223-JLS-JDE

In Defendants' Opposition to Motion to Sever and Transfer, Defendants noted that the allegations in the instant action "are substantially identically to those" in *In re: Hyundai and Kia Engine Litigation II*, Case No. 8:18-cv-2223 (*Engine II*).  (Opp. at 10, Doc. 92.)  Defendants note that "[p]laintiffs in both actions contend the manufacturing process results in metal debris in the engines of the 2011 Kia Sorento."  (*Id.*)  Defendants further note that plaintiffs in both actions "allege the defendants were aware of the engine defect" and "assert substantially identical causes of action."  (*Id.* at 11.)

The Court now enters this order to show cause as to why the above-captioned action should not be deemed related to *Engine II*.  The parties in this action shall file their response within fourteen (14) days of this Order's issuance.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: droj