| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 23 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MICHAEL CHIECO; et al.,

    Plaintiffs-Appellants,

BLEICHMAN & KLEIN,

    Appellant,

  v.

KIA MOTORS AMERICA, INC.; HYUNDAI MOTOR AMERICA, FKA Hyundai Motor Company,

    Defendants-Appellees.

No. 22-55985

D.C. No. 8:19-cv-00854-JLS-JDE
Central District of California,
Santa Ana

ORDER

Appellants' motion for an extension of time to respond to the court's order to show cause (Docket Entry No. 3) is granted. Appellants' response is due January 10, 2023. Any response by appellees remains due within 10 days after service of appellants' response.

Briefing remains stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7

LCC/MOATT